AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

OUTBOARD MARINE CORPORATION,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER:   3:10-CV-00311-LRH-RAM

ROBIN LISTMAN,

      Defendants.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the court *sua sponte* declines to exercise jurisdiction over Outboard Marine Corporation complaint for declaratory relief. IT IS THEREFORE ORDERED that the complaint is DISMISSED without prejudice.

 February 14, 2011                                     **LANCE S. WILSON**
    Date                                                              Clerk

                                                             /s/   M. Campbell
                                                                  Deputy Clerk